IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JACLYN SHOFNER,

Plaintiff,

v.                                                          Case No. 15-cv-1166 JPG/DGW

BRANDING IRON HOLDINGS, INC.,
*et al.,*

Defendants.

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

Dated: November 29, 2016              **JUSTINE FLANAGAN, Acting Clerk of Court**

                                                             **s/Tina Gray,**
                                                             **Deputy Clerk**

**Approved:**     *s/J. Phil Gilbert*
                       **J. PHIL GILBERT**
                       **DISTRICT JUDGE**